WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Darin Wayne Griffin,

    Plaintiff,

v.

Joseph Arpaio,

    Defendant.

CV 09-1418-PHX-PGR (MEA)

**ORDER**

The Court having reviewed the Report and Recommendation of Magistrate Judge Aspey and no party having filed any objection to the Report and Recommendation,

IT IS HEREBY ORDERED that Magistrate Judge Aspey's Report and Recommendation **(Doc. 8)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to serve[1] the Defendant in this matter and Plaintiff's failure to comply with the Court's order of August 11, 2009.[2]

DATED this 15th day of December, 2009.

Paul G. Rosenblatt
United States District Judge

---

[1] Plaintiff was provided with written warning that his failure to acquire a waiver of service from Defendant or to complete service of process on Defendant within 120 days of the date the complaint was filed, by November 3, 2009, would result in the dismissal of the complaint pursuant to Fed.R.Civ.P. 4(m) and LRCiv. 16.2(b)(2)(B).

[2] Plaintiff further failed to respond to a November 4, 2009 Order to Show Cause why the case should not be dismissed for failure to serve and failure to comply with the Court's previous order.